**Order entered November 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01084-CV

## IN THE INTEREST OF S.M.G., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00695-X**

## ORDER
Before Justices Myers, Osborne, and Nowell

Father and Mother both appeal from the trial court's August 22, 2019 order terminating their parental rights. The Court questioned its jurisdiction over Mother's appeal as her notice of appeal was untimely. Mother filed a letter brief addressing the Court's concern.

An appeal involving the termination of parental rights is accelerated. *See* TEX. R. APP. P. 28.4(a)(1), In an accelerated appeal, a notice of appeal is due within twenty days, or with an extension motion, thirty-five days after the date the judgment is signed. *See id*. 26.1(b); 26.3. Without a timely notice of appeal, this Court lacks jurisdiction. *See id*. 25.1(b).

The notice of appeal was due September 11, 2019 or, with an extension motion, September 26, 2019. Mother filed her notice of appeal on October 8, 2019. In her letter brief, Mother asks that her appeal "be allowed to continue in the interest of justice because this Court will be reviewing the same record in determining the merits of Father's appeal." The rules of

appellate procedure do not allow this Court to suspend a rule to alter the time for perfecting an appeal. *See id*. 2. Accordingly, we **DISMISS** Mother's appeal.

This appeal continues as to Father.

After the court reporter informed the Court that she had not received a request for preparation of the reporter's record, we instructed Father by letter to file, by October 25, 2019, written verification that he had requested preparation of the reporter's record and cautioned him that failure to do so may result in an order that the appeal be submitted without the reporter's record. *See id*. 37.3(c)(1). As of today's date, appellant has not responded. Accordingly, we **ORDER** this appeal be submitted without the reporter's record. *See id*.

Father shall file his brief on the merits **within twenty days** of the date of this order.

/s/     ERIN A. NOWELL
             JUSTICE